# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

1:11-cr-00391-RWS-RGV
USA v. Ramirez-Morga et al
Honorable Richard W. Story

Minute Sheet for proceedings held In Open Court on 12/04/2012.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:50 A.M.   COURT REPORTER: Sharon Upchurch
TIME IN COURT: 00:50                DEPUTY CLERK: Rick Goss
OFFICE LOCATION: Atlanta

DEFENDANT(S): [2]Ronald Martin NOT Present at proceedings
[3]Sidney Walker NOT Present at proceedings
[4]Lloyd Ellis NOT Present at proceedings
[6]Linda Tong NOT Present at proceedings
[7]Matthew Ware NOT Present at proceedings

ATTORNEY(S) PRESENT: W. Callahan representing Lloyd Ellis
Daniel Conaway representing Sidney Walker
Steven Holmes representing Matthew Ware
Samuel Little representing Ronald Martin
Robert Rubin representing Linda Tong
Michael Smith representing USA

PROCEEDING CATEGORY: Pretrial Conference;

MINUTE TEXT: Trial set for 1/7/13.