IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LLOYD ELLIS<br>   Defendant | CRIMINAL ACTION NO.<br>1:11-CR-391-04-RWS |

O R D E R

The above styled criminal action is on the Court's January 7, 2013 trial calendar. The defendant has filed a motion for continuance to a new trial date. The Court GRANTS the motion for continuance pursuant to 18 U.S.C. § 3161.

IT IS HEREBY ORDERED that the above styled criminal action be continued and the period of time between entry of this order and the next available trial calendar is excluded from the Speedy Trial Act.

IT IS HEREBY ORDERED, this 19th day of December, 2012.

RICHARD W. STORY
UNITED STATES DISTRICT JUDGE