IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES<br>v.<br><br>LLOYD ELLIS | )<br>)   Criminal Case No.<br>)   1:11-CR-391-RWS-RGV<br>)<br>) |

## MOTION TO WITHDRAW

COMES NOW UNDERSIGNED COUNSEL for Defendant Lloyd Ellis, and respectfully moves this Court to withdraw from representation of Mr. Ellis in the above-captioned matter, upon the hiring of other counsel by Mr. Ellis, and in support shows as follows:

1. Undersigned Counsel was appointed to represent Mr. Ellis pursuant to the CJA Act on November 28, 2012 (R. 159), after Mr. Ellis was qualified for indigent representation.

2. On Wednesday morning, January 2, 2013, Undersigned Counsel was notified by email that Defendant Lloyd Ellis had retained Steven H. Sadow, Esq., to represent him in the above-captioned matter.

3. Counsel therefore moves to withdraw from representation of the Defendant Lloyd Ellis, pending filing of an Entry of Appearance by Mr. Sadow, who has now undertaken his representation of Mr. Ellis.

This 2nd day of January, 2013.

W. Sander Callahan, GA #104856
Callahan Law P.C.

Callahan Law P.C.
P.O. Box 4327
Atlanta, Georgia 30302
404.692.3902
callahan.law@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | Criminal Case No. |
| | ) | 1:11-CR-391-RWS-RGV |
| LLOYD ELLIS | ) | |

## CERTIFICATE OF SERVICE

This is to certify that on this date I electronically filed with the Clerk of Court by CM/ECF the within and foregoing pleading:

*Motion to Withdraw*

Thereby causing automatic notification via email to all counsel of record.

This 2nd day of January, 2013.

_____
W. Sander Callahan, GA #104856
Callahan Law P.C.
Counsel for Ellis

Callahan Law P.C.
P.O. Box 4327
Atlanta, Georgia 30302
404.692.3902
callahan.law@gmail.com